IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re:**<br><br>**JENK'S BEST LIVING, LLC**<br>**Debtor.** | **Case No. 26-12812-SAH )**<br>**(Chapter 11)** |
| **JENK'S BEST LIVING, LLC**<br>**Plaintiff,**<br><br>**v.**<br><br>**Mark Kulick; Vesta Realty, LLC; Vesta Captial, LLC; YSA Investments 1, LLC; and Bocaire Tulsa Lender, LLC**<br>**Defendants.** | **Adv. Case No.26-01040-SAH** |

**UNOPPOSED APPLICATION TO EXTEND TIME TO ANSWER ADVERSARY COMPLAINT**

Pursuant to Fed.R.Bankr.P. 9006(b) and Local Rule of Bankruptcy Procedure 9006, Defendant Bocaire Tulsa Lender, LLC ("Bocaire") moves for entry of an Order extending the time for Defendant to answer the Adversary Complaint of Plaintiff/Debtor Jenk'sBest Living, LLC. ("Plaintiff") by fourteen day. In support, Defendant states as follows:

1. On July 20, 2026, Plaintiff commenced this Adversary Proceeding by filing his Adversary Complaint (the "Complaint") in the United States Bankruptcy Court for the District of Maryland.

2. On August 14, 2026, United States Bankruptcy Court for the District of Maryland entered an order transferring this Adversary Proceeding to this Court.

3. The undersigned counsel was retained in this Adversary Proceeding before this Court on August 17, 2026.

4. Defendant's Answer is due August 20, 2026.

5. Defendant is investigating certain claims and possible resolution of such claims and therefore needs an additional fourteen days weeks to submit its Answer to the remaining claims contained in the Complaint.

6. Counsel for Defendant has contacted counsel for Plaintiff and is authorized to state that Plaintiff does not oppose the relief requested.

7. A proposed Order has been uploaded contemporaneously with this Unopposed Application.

WHEREFORE, Defendant respectfully requests entry of an Order extending the time for Defendant to answer the Complaint by an additional two (2) weeks and granting all other relief this Court deems equitable and just.

Respectfully submitted,

/s/Mark A. Craige

Mark A. Craige, OBA #1992
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
mark.craige@crowedunlevy.com

***Attorney for Bocaire Tulsa Lender, LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies on the date signified by the Notice of Electronic Filing herein, and only to the extent the same reflects the following persons will not receive electronic notification hereof, he served the following person by causing a true and correct copy of the above and foregoing pleading with the Notice of Electronic Filing accompanying same, to be placed in the United States Mail, first class mail with postage duly prepaid thereon, as follows: None

This pleading was served upon the Debtor's counsel of record in United States Bankruptcy Court for the District of Maryland by email via:

Ari S. Casper (Bar # 14512)
Elimelech Baruch (Bar # 31855)
The Casper Firm, LLC
400 E. Pratt Street, Suite 903
Baltimore, MD 21202
(p) 410-989-5097
(f) 410-630-7776
(e) acasper@casperfirm.com
(e) ebaruch@casperfirm.com

and

Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com

***Proposed Counsel for the Plaintiff***

*/s/Mark A. Craige*____________________
Mark A. Craige