**UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**
**United States Courthouse**
**Oklahoma City, Oklahoma**

**VIDEO SCHEDULING CONFERENCE**
**BEFORE JUDGE SARAH A. HALL**

**MONDAY, OCTOBER 5, 2026**

==========================================================================================

**NOTE:** Attorneys of record and any parties appearing pro se are notified that a Video Scheduling Conference concerning the below referenced adversary proceeding will be conducted by Judge Sarah A. Hall, United States Bankruptcy Judge, on **Monday, October 5, 2026.** To participate in the video scheduling conference, parties must submit their preferred email address along with their client's name to Cheryl Shook at cheryl_shook@okwb.uscourts.gov two days prior to the conference by noon. A link will be provided to join the video scheduling conference 24 hours prior to the conference.

Parties are further advised that the trial date and/or dispositive motion deadlines will be established at the conference. Counsel, therefore, should have their calendars at the conference so scheduling conflicts may be avoided.

==========================================================================================

**1:30 P.M. CST**

**26-12812/Adv. 26-01040**
**Chp. 11**
**JENK'S BEST LIVING, LLC**

**Jenk's Best Living, LLC (Eimelech Baruch, Ari Scott Casper, Christianna Annette Cathcart and Maurice VerStandig) v. Marc Kulick (pro se); Vesta Realty, LLC (pro se); Vesta Capital, LLC (pro se); YSA Investments 1, LLC (Justin Philip Fasano); and Bocaire Tulsa Lender, LLC (Mark A. Craige, Thomas J. Gagliardo and Gregory J. Jordan)**

**Video Scheduling Conference**