IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re:** | **Case No. 26-12812-SAH** |
| **JENK'S BEST LIVING, LLC**<br>**Debtor.** | **(Chapter 11)** |
| **JENK'S BEST LIVING, LLC**<br>**Plaintiff,** | **Adv. Case No.26-01040-SAH** |
| **v.** | |
| **MARK KULICK; VESTA REALTY, LLC; VESTA CAPTIAL, LLC; YSA INVESTMENTS 1, LLC; AND BOCAIRE TULSA LENDER, LLC**<br>**Defendants.** | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

The undersigned certifies that on September 3, 2026, he served the following person by causing a true and correct copy of the Second Unopposed Application to Extend Time to Answer Adversary Complaint [doc 65] with the Notice of Electronic Filing accompanying same, to be placed in the United States Mail, first class mail with postage duly prepaid thereon, as follows:

None

This pleading was served upon the Debtor's counsel of record in United States Bankruptcy Court for the Western District of Oklahoma by email via on September 3, 2026:

Ari S. Casper (Bar # 14512)
Elimelech Baruch (Bar # 31855)
The Casper Firm, LLC
400 E. Pratt Street, Suite 903
Baltimore, MD 21202
(p) 410-989-5097
(f) 410-630-7776
(e) acasper@casperfirm.com
(e) ebaruch@casperfirm.com

and

Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com

DATED this 4th day of September 2026.

Respectfully submitted,

/s/Mark A. Craige

Mark A. Craige, OBA #1992

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
mark.craige@crowedunlevy.com

*Attorney for Bocaire Tulsa Lender, LLC*