United States Bankruptcy Court
Western District of Oklahoma

Jenk's Best Living, LLC,
Plaintiff

Adv. Proc. No. 26-01040-SAH

Kulick,
Defendant

# CERTIFICATE OF NOTICE

District/off: 1087-5 User: admin Page 1 of 2
Date Rcvd: Sep 02, 2026 Form ID: pdf007 Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Ari Scott Casper, The Casper Firm, LLC, 400 East Pratt Street, Ste 903, Baltimore, MD 21202-3127 |
| aty | + | Christianna Annette Cathcart, The Belmont Firm, 1050 Connecticut Ave NW, Ste 500, Washington, DC 20036-5304 |
| aty | + | Elimelech Baruch, The Casper Firm, 400 E. Pratt Street, Suite 903, Baltimore, MD 21202-3127 |
| aty | + | Gregory J. Jordan, Jordan & Zito LLC, 350 N LaSalle Dr, Ste 700, Ste 700, Chicago, IL 60654-5177 |
| aty | + | Justin Philip Fasano, McNamee Hosea, P.A., 6404 Ivy Lane, Ste 820, Greenbelt, MD 20770-1416 |
| aty | + | Thomas J Gagliardo, Gilbert Employment Law, P.C., 8403 Colesville Road, Ste 1000, Silver Spring, MD 20910-6378 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Sep 02 2026 22:15:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Sep 02 2026 22:15:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Marc Kulick |
| dft | | Vesta Capital, LLC |
| dft | | Vesta Realty, LLC |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark A. Craige | on behalf of Defendant Bocaire Tulsa Lender LLC mark.craige@crowedunlevy.com, ECFT@crowedunlevy.com;brandie.hines@crowedunlevy.com |
| Maurice VerStandig | on behalf of Plaintiff Jenk's Best Living LLC mac@mbvesq.com, verstandiglaw@recap.email |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**
**United States Courthouse**
**Oklahoma City, Oklahoma**

**VIDEO SCHEDULING CONFERENCE**
**BEFORE JUDGE SARAH A. HALL**

**MONDAY, OCTOBER 5, 2026**

=====================================================================================

**NOTE:** Attorneys of record and any parties appearing pro se are notified that a Video Scheduling Conference concerning the below referenced adversary proceeding will be conducted by Judge Sarah A. Hall, United States Bankruptcy Judge, on **Monday, October 5, 2026.** To participate in the video scheduling conference, parties must submit their preferred email address along with their client's name to Cheryl Shook at cheryl_shook@okwb.uscourts.gov two days prior to the conference by noon. A link will be provided to join the video scheduling conference 24 hours prior to the conference.

Parties are further advised that the trial date and/or dispositive motion deadlines will be established at the conference. Counsel, therefore, should have their calendars at the conference so scheduling conflicts may be avoided.

=====================================================================================

**1:30 P.M. CST**

| | |
|---|---|
| **26-12812/Adv. 26-01040**<br>**Chp. 11**<br>**JENK'S BEST LIVING, LLC** | **Jenk's Best Living, LLC (Eimelech Baruch, Ari Scott Casper, Christianna Annette Cathcart and Maurice VerStandig) v. Marc Kulick (pro se); Vesta Realty, LLC (pro se); Vesta Capital, LLC (pro se); YSA Investments 1, LLC (Justin Philip Fasano); and Bocaire Tulsa Lender, LLC (Mark A. Craige, Thomas J. Gagliardo and Gregory J. Jordan)**<br><br>**Video Scheduling Conference** |