**Dated: September 8, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re:** | **Case No. 26-12812-SAH** |
| **JENK'S BEST LIVING, LLC**<br>**Debtor.** | **(Chapter 11)** |
| **JENK'S BEST LIVING, LLC**<br>**Plaintiff,** | **Adv. Case No.26-01040-SAH** |
| **v.** | |
| **MARK KULICK; VESTA REALTY, LLC; VESTA CAPTIAL, LLC; YSA INVESTMENTS 1, LLC; AND BOCAIRE TULSA LENDER, LLC**<br>**Defendants.** | |

**ORDER GRANTING SECOND UNOPPOSED APPLICATION TO EXTEND TIME TO ANSWER ADVERSARY COMPLAINT**

This matter come before the Court in chambers for consideration of the Second Unopposed Application filed September 3, 2026 [Doc. 65] by Defendant Bocaire Tulsa Lender,

LLC ("Bocaire") requesting entry of an Order extending the time for Defendant to answer the Adversary Complaint filed July 20, 2026 [Doc 1] by Plaintiff/Debtor Jenk's Best Living, LLC. ("Plaintiff") by fourteen days until September 17, 2026, to file pleadings responsive to the Complaint herein . In support, Defendant states as follows:

1. The Court adopts the facts alleged in the Application as its findings of fact and the argument and legal authorities allege in the Application as its conclusions of law for purposes of this Order, all of which is based upon the representations of the undersigned Counsel.

2. Based on the above, the Court finds the Application should be granted.

3. **Description of Relief Granted in this Order:** This order grants the Defendant Bocaire an additional fourteen days to file pleadings responsive to the Complaint in this Adversary Proceeding so that the Defendant's such pleadings are due no later than September 17, 2026.

**It is therefore Ordered, adjudged and decreed that** Unopposed Application for Extension of Time to Respond to the Adversary Complaint is extended by fourteen days until September 17, 2026.

**All findings of fact are based upon representations of counsel (Local Rule 9013-1.L)).**

**The movant will effectuate service of the order on all parties in interest.**

####

/s/Mark A. Craige

Mark A. Craige, OBA #1992

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
mark.craige@crowedunlevy.com

*Attorney for Bocaire Tulsa Lender, LLC*