IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>JENK'S BEST LIVING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARC KULICK, et al,<br><br>Defendant. | Chapter 11<br><br>Case No. 26-01040 (SAH) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Comes now, BRET DAVIS, of Lamun Mock Cunnyngham & Davis, P.C. and hereby enters his appearance as attorney of record for Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP (collectively, the "Auerbach Funds") in the above named case and requests that all notices or other documents be sent to him on behalf of Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP (collectively, the "Auerbach Funds").

/s/Bret Davis

Bret Davis, OBA #15079
LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
5621 N. Classen Blvd.
Oklahoma City, OK 73118
(405) 840-5900 Fax (405) 842-3132
bdavis@lamunmock.com
Attorney for Creditor

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, a true and correct copy of the Entry of Appearance was electronically served using the CM/ECF system, namely:

Attorneys for Plaintiff:

**Elimelech Baruch**
The Casper Firm, LLC
400 E. Pratt Street, Suite 903
Baltimore, MD 21202
ebaruch@casperfirm.com

**Ari Scott Casper**
The Casper Firm, LLC
400 E. Pratt Street, Suite 903
Baltimore, MD 21202
acasper@casperfirm.com

**Christianna Annette Cathcart**
The Belmont Firm
1050 Connecticut Ave NW Ste 500
Washington, DC 20036
christianna@dcbankruptcy.com

**Maurice VerStandig**
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854
mac@mbvesq.com

PRO SE Defendant:

**Marc Kulic**

**Vesta Realty, LLC**

**Vesta Capital, LLC**

Attorneys for Defendant:

**YSA Investments 1, LLC**
848 Brickell Avenue, Suite PH5
Miami, FL 33131
Represented by:

**Justin Philip Fasano**
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
jfasano@mhlawyers.com

**Tara M. Lee**
Dechert LLP
1900 K Street, N.W.
Washington, DC 20006
Tara.lee@dechert.com

**Scott E. Lerner**
Dechert LLP
1900 K Street, N.W.
Washington, DC 20006
Scott.lerner@dechert.com

**Bocaire Tulsa Lender, LLC**
4092 Bocaire Boulevard
Boco Raton, FL 33487
Represented by:

**Mark A. Craige**
Crowe & Dunlevy
222 N. Detroit Ave, Suite 600
Tulsa, OK 74120
Mark.craige@crowedunlevy.com

**Thomas J. Gagliardo**
Gilbert Employment Law, P.C.
8403 Colesville Road, Ste 1000
Silver Spring, MD 20910
tgagliardo@gelawyer.com

**Gregory J. Jordan**
Jordan & Zito LLC
350 N. LaSalle Dr, Ste 700
Chicago, IL 60654
gjordan@jz-llc.com

/s/Bret Davis
Bret Davis, OBA #15079