**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 26-12812-SAH** |
| **JENK'S BEST LIVING, LLC** | ) | **(Chapter 11)** |
| **Debtor.** | ) | |
| **JENK'S BEST LIVING, LLC** | ) | **Adv. Case No.26-01040-SAH** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **MARK KULICK; VESTA REALTY, LLC; VESTA CAPITAL, LLC; YSA INVESTMENTS 1, LLC; AND BOCAIRE TULSA LENDER, LLC** | ) | |
| **Defendants.** | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) or 7007.1, and Local Rule 1007-1.B Bocaire Tulsa Lender, LLC, a

☐ Corporate debtor

x Nongovernmental Limited Liability Company that is a party to an adversary proceeding (other than the debtor)

makes the following disclosure(s):

The following are parent corporations and Limited Liability Companies of the filer: Solsa Capital LLC, Waimea Capital LLC, Freeman Caribbean Investments, LLC, and JDW Tulsa, Inc. JDW Tulsa, Inc. is the only parent entity that is a corporation and it is not a publicly traded company.

☐ The following is / are publicly held corporation(s) owning 10% or more of the filer's stock: ______

X There is no publicly held corporation owning 10% or more of the filer's member interest.

Date: September 17, 2026

/s/Mark A. Craige

Mark A. Craige, OBA #1992

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
mark.craige@crowedunlevy.com

*Attorney for Bocaire Tulsa Lender, LLC*